**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
CECILE FOY GSANGER



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

July 20, 2015

Hon. Douglas H. Pettit
Attorney At Law
680 E. St. Charles Ave., Ste 600
Brownsville, TX 78521
* DELIVERED VIA E-MAIL *

Hon. Luis V. Saenz
District Attorney
964 E. Harrison
Brownsville, TX 78520-7123
* DELIVERED VIA E-MAIL *

Hon. Rene B. Gonzalez
Assistant District Attorney
964 E. Harrison Street, 4th Floor
Brownsville, TX 78520
* DELIVERED VIA E-MAIL *

Re:       Cause No. 13-14-00457-CR
Tr.Ct.No. 2013-DCR-1953-E
Style:    Victor Hernandez v. The State of Texas


State's motion for extension of time to file brief in the above cause was this day GRANTED by this Court.  The time has been extended to Friday, August 14, 2015.

Very truly yours,

Cecile Foy Gsanger, Clerk

CFG:ch

cc:    Ms. Sue Chaney Saenz (DELIVERED VIA E-MAIL)